IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY KITRIDGE, | ) | |
| Plaintiff, | ) | 8:05CV416 |
| v. | ) | |
| | ) | REASSIGNMENT ORDER |
| IOWA BEEF PLANT, | ) | |
| Defendant. | ) | |

It has come to this court's attention that I was assigned in error to this case.

THEREFORE, IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition of all matters relating to this case and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters

DATED this 30th day of August, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge