IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MARY KITRIDGE, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:05cv416 |
| vs. | ) | ORDER |
| TYSON FRESH MEATS, INC., | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 6, the Disclosure Statement in which the named defendant, Iowa Beef Plant, discloses that its correct name is Tyson Fresh Meats, Inc. (See also filing no. 1.) So as to ensure an accurate record in this case, the correct name of the defendant will be substituted in the court's records, and the Clerk of Court shall update the records of this case accordingly.

SO ORDERED.

DATED this 1st day of September, 2005.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge