IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY KITRIDGE, | ) | |
| | ) | 8:05cv416 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| TYSON FRESH MEATS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on filing no. 9, the defendant's Motion to Dismiss the plaintiff's complaint as untimely. In order to resolve the motion, the court will need to review the plaintiff's administrative charge filed with the Nebraska Equal Opportunity Commission ("NEOC") or with the Equal Employment Opportunity Commission ("EEOC") and the plaintiff's "right-to-sue notice" from the EEOC. Therefore, the plaintiff shall file a copy of those documents with the court by **October 17, 2005**, in the absence of which this case may be subject to dismissal without prejudice.

    SO ORDERED.

    DATED this 28TH day of September, 2005.

                                        BY THE COURT:

                                        s/ F. A. GOSSETT
                                        United States Magistrate Judge